

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

*Elisa T. Wiygul*
*Assistant United States Attorney*

402 East State Street, Room 430
Trenton, New Jersey 08608

609-989-2190
Direct Dial: 609-656-2504

February 1, 2016

**VIA ECF**

The Honorable Katharine S. Hayden
United States District Court
U.S. Courthouse & Post Office
2 Federal Square
Newark, NJ 07102

    Re:   *United States v. Charles Hoffecker*,
           Crim. No. 03-120

Dear Judge Hayden:

    The United States is in receipt of defendant Charles Hoffecker's Motion to Unseal the Record (Doc. No. 379, entered 5/19/15) and Motion for Court to Issue Ruling on Defendant Hoffecker's, [sic] Motion to Unseal Record (Doc. No. 381, entered 11/20/15). The response of the United States is currently due on Friday, February 5, 2016 (Doc. No. 383). The undersigned continues to coordinate with other components of the Department of Justice that are stakeholders in Mr. Hoffecker's motion to unseal correspondence with a foreign government. Moreover, the undersigned is scheduled to go to trial on February 2, 2016 and March 14, 2016 in the matters of *United States v. Richardson*, Crim. No. 15-176 (AET), and *United States v. Qiu*, Crim. No. 14-401 (PGS), respectively. As a result, the United States respectfully requests 60 days from the date of this letter to file a response to the defendant's Motion to Unseal.

*Request GRANTED.*

Very truly yours,

PAUL J. FISHMAN
United States Attorney

SO ORDERED: _____
KATHARINE S. HAYDEN, U.S.D.J.
DATE: 2/2/16

/s/ Elisa T. Wiygul

By: Elisa T. Wiygul
Assistant U.S. Attorney

cc:    Charles Hoffecker (via U.S. mail)